```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
ANNA A. MYALYUK,                              :
                              Plaintiff,      :    22 Civ. 9214 (LGS)
                                              :
             -against-                        :    ORDER
                                              :
MERRICK GARLAND, et al.,                      :
                              Defendants.     :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 2, 2022, Plaintiff filed the Complaint for a Writ in the Nature of Mandamus.  On December 13, 2022, Defendants appeared.  It is hereby

**ORDERED** that Plaintiff shall, by **January 6, 2023**, file a memorandum of law in support of her request for a writ of mandamus.  The memorandum of law shall not exceed fifteen pages.  The Government shall, by **January 27, 2023**, file a memorandum of law in opposition to the request for a writ of mandamus.  The memorandum shall not exceed fifteen pages.  Plaintiff shall, by **February 3, 2023**, file a reply memorandum that shall not exceed eight pages.  The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: December 14, 2022
       New York, New York

                                                        LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE